LEROY W. EARP,
*Petitioner,*

*v.*

Manfred (Fred) MAASS,
*Respondent.*

(90-C-10062; CA A63565)

802 P2d 713

Stephen J. Bedor, Deputy Public Defender, Salem, for petition.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Petition for reconsideration allowed; reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).